IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY *parks* D.C.

05 JUL 27 PM 1: 13

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

V.                                                              05-20256-Ml

**MICHELLE TURNEY THURLOUGH**

### ORDER ON ARRAIGNMENT

This cause came to be heard on _July 27, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Scottie Wilkes_ who is Retained/**Appointed**.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.

____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_Diane K. Vescovo_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 29:501 & 18:2;

U. S. Attorney assigned to Case: S. Parker

Age: 32

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20256 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT