# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Cr. No. 05-20256-M1 |
| | ) |
| MICHELLE TURNEY THURLOUGH, | ) |
| | ) |
| Defendant. | ) |

*MOTION GRANTED*
*Reset to [illegible] at Dec. 14, 2005 at 8:45*

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Nov. 18, 2005
DATE

## MOTION TO CONTINUE SENTENCING

Comes now the United States by and through counsel Lawrence J. Laurenzi, Acting United States Attorney for the Western District of Tennessee, and moves the Court to continue the sentencing currently scheduled for December 2, 2005.

In support of said motion, the United States submits that the Assistant United States Attorney has been accepted for a training seminar and will be out of town traveling to this seminar.

The United States has consulted with counsel for the defendant and he has no objection.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

By: Stephen C. Parker
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103
(#012747 Tennessee)

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-21-05

## **CERTIFICATE OF SERVICE**

I, Stephen C. Parker, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing **Motion to Continue Sentencing** has been mailed, first class postage pre-paid, to Scottie Wilkes, 200 Jefferson Avenue, Suite 850, Memphis, TN 38103.

This /6/ day of November, 2005.

Stephen C. Parker
Assistant United States Attorney
167 N. Main, Room 800
Memphis, TN  38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20256 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT